## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED ) 
TRADES INDUSTRY PENSION FUND, et al. )
                               )
               Plaintiff, )    CIVIL ACTION NO. 08-00509(RMC)
     v.                      )
                               )
ROGERS INDUSTRIES, LLC        )
   d/b/a Rogers Industries          )
                               )
               Defendant )

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK:**

Please enter the Return of Service attached to this notice.

      **Name of Party Served:**       Bernard Diggs, Authorized Representative

      **Date of Service:**             April 26, 2008

      **Location of Service:**      4800 Coyle Road, Apt. 507
                                       Owings Mills, MD  21117-5160

                                       Respectfully submitted,

                                       JENNINGS SIGMOND, P.C.

                                   BY: /s Kent G. Cprek
                                        KENT G. CPREK
                                        D.C. Bar No. 478231
                                        510 Walnut Street, Independence Square
                                        Philadelphia, PA 19106-3683
                                        (215) 351-0615

                                   Counsel for Plaintiff

Dated: May 14, 2008

195979-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

ROGERS INDUSTRIES, LLC
d/b/a Rogers Industries

CASE

Case: 1:08-cv-00509
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/24/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)
ROGERS INDUSTRIES, LLC
d/b/a Rogers Industries
4800 Coyle Road
Owings Mills, MD 21117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within | twenty (20) | days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

MAR 2 4 2008

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/26/2008 | 11:06 am |
| NAME OF SERVER *(PRINT)* John Gallaway | TITLE Proc. Serve | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: *Bernard Diggs, Auth. Rep.*

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/5/08
            Date                Signature of Server

                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.