**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND, et al. ) <br>                                                             ) <br>                         Plaintiff,         ) <br>                                                             ) <br> v.                                                         ) <br>                                                             ) <br> ROGERS INDUSTRIES, LLC            ) <br>   d/b/a Rogers Industries                       ) <br>                                                             ) <br>                         Defendant       ) | CIVIL ACTION NO. 08-00509(RMC) |

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Rogers Industries, LLC d/b/a Rogers Industries ("Company") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                                                          Respectfully submitted,

                                                          JENNINGS SIGMOND, P.C.

                                                 BY:/s/ Kent G. Cprek
                                                     KENT G. CPREK, ESQUIRE
                                                     (I.D. NO. 478231)
                                                     The Penn Mutual Towers, 16th Floor
                                                     510 Walnut Street, Independence Square
                                                     Philadelphia, PA 19106-3683
                                                     (215) 351-0615
Date: May 21, 2008                             Attorney for Plaintiff

OF COUNSEL:
JUDITH SZNYTER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0641

196173.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 08-00509(RMC) |
| v. | ) ) | |
| ROGERS INDUSTRIES, LLC<br>  d/b/a Rogers Industries | ) ) ) | |
| Defendant | ) | |

**DECLARATION OF KENT G. CPREK, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Rogers Industries, LLC d/b/a Rogers Industries ("Company"), on April 26, 2008, by John Galloway, Process Server, who served Bernard Diggs, Company's Authorized Representative at 4800 Coyle Road, Apt. 507, Owings Mills, MD 21117-5160. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. Defendant is neither an infant nor an incompetent person.

196173.1

6. Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: May 21, 2008

**CERTIFICATE OF SERVICE**

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> Rogers Industries, LLC d/b/a Rogers Industries
> 4800 Coyle Road, Apt. 507
> Owings Mills, MD  21117-5160

/s/Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date:  May 21, 2008

196173.1