UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGERS INDUSTRIES, LLC,<br><br>    Defendant. | Civil Action No. 08-509 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on March 24, 2008. The record reflects that Defendant Rogers Industries, LLC was served with a summons and copy of the complaint on April 26, 2008. Upon Plaintiff's motion under Federal Rule of Civil Procedure 55(a), the Clerk entered a default on Defendant on May 22, 2008. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before August 29, 2008, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: August 5, 2008

                                                /s/
                                  ROSEMARY M. COLLYER
                                  United States District Judge